# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

RANDY LEE EVANS, JR.,           :

       Petitioner             :        CIVIL ACTION NO. 3:24-1370

v.                              :        (JUDGE MANNION)

WARDEN GARZA,                   :

       Respondent            :

## ORDER

NOW, THEREFORE, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus under 28 U.S.C. §2241 (Doc. 1) is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

                                                   MALACHY E. MANNION
                                                   United States District Judge

DATE: 11/1/24

24-1370-01-ORDER